ACCEPTED
04-14-00222-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 11:07:10 AM
KEITH HOTTLE
CLERK

# Mario A. Trevino
## Attorney at Law
315 South Main Street • San Antonio, Texas 78204
Office: (210) 226-0026 • Fax: (210) 226-8402 • Email: trevinomtrev@aol.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 11:07:10 AM
KEITH E. HOTTLE
Clerk

July 22, 2015

Court of Appeals
Fourth Court of Appeals District of Texas
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

RE: 04-14-00222-CR
Jacob Cory Gonzales v. State of Texas
Trial Court # 2011-CR-8528A

Clerk of the Court:

I hereby certify that I have complied with Texas Rule of Appellate Procedure 48.4 and have attached a copy of the return receipt within the time for filing a motion for rehearing .

Mario A. Trevino
SBN 20211250

Enclosure

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse

Mr. Jacob Cory Gonzales
Garza East
4304 Highway 202
Beeville, Texas 78102-8981

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Rosie McCy*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )
*Rosie McCrory*

C. Date of Delivery
7-20-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 1935 1446

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540